IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENNIS HUGHES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 10 C 7765 |
| v. ) | Judge Lefkow |
| ) | Magistrate Judge Valdez |
| CITY OF CHICAGO, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S THIRD MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Defendant, City of Chicago ("Defendant"), by and through its undersigned attorneys, respectfully requests that this Court extend the time within which Defendant must file its Responsive Pleading until March 10, 2011. In support of this Motion, Defendant states the following:

1. Plaintiff, a retired Chicago Police Officer, filed this single plaintiff action seeking certain overtime compensation under the Fair Labor Standards Act.

2. Defendant's responsive pleading is currently due on or before March 1, 2011.

3. Defense Counsel needs another short extension to complete her investigation into the allegations in Plaintiff's Complaint. Some of the core issues in this case overlap with prior litigation and a union grievance and Defense Counsel has been diligent in gathering information, but one of the key individuals involved in the prior proceedings has been unavailable for medical reasons.

4. Granting this Motion will not prejudice Plaintiff.

5. This matter is currently set for a status hearing on March 3, 2011, at 8:30 a.m.

WHEREFORE, Defendant, City of Chicago, respectfully requests that this Honorable Court grant its Second Unopposed Motion for Extension of Time to File Its Responsive until March 10, 2011.

Dated: March 1, 2011

        Respectfully submitted,

        s/ Jennifer A. Naber
        One of the Attorneys for Defendant City of Chicago

Joseph M. Gagliardo (0901989)
Jennifer Naber (6197465)
Laner, Muchin, Dombrow, Becker,
  Levin and Tominberg, Ltd.
515 North State Street, Suite 2800
Chicago, Illinois 60654
(312) 467-9800 (telephone)
(312) 467-9479 (facsimile)

## CERTIFICATE OF SERVICE

Jennifer A. Naber, an attorney, hereby certifies that she caused Defendant's Second Unopposed Motion for Extension of Time to File Its Responsive Pleading, in the above-captioned matter to be served via the electronic filing system to the Clerk of Court, and via the electronic filing system to the parties of record listed below, on this 1st day of March 2011, addressed to:

>Paul D. Geiger
>Law Offices of Paul D. Geiger
>1412 W. Washington Blvd.
>Chicago, Illinois 60607

>>s/ Jennifer A. Naber
>>Jennifer A. Naber